UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BANERTEK LLC,<br>Plaintiff,<br>v.<br>EMERSON ELECTRIC CO.,<br>Defendant. | **2:17-cv-00243-JRG-RSP**<br>**LEAD CASE** |
| BANERTEK LLC,<br>Plaintiff,<br>v.<br>ENDRESS+HAUSER INC.,<br>Defendant. | **2:17-cv-00244-JRG-RSP**<br>**CONSOLIDATED CASE** |

**ANSWER TO COUNTERCLAIMS**

Plaintiff Banertek LLC ("Banertek") as and for its Answer to the Counterclaims of Defendant Endress+Hauser Inc. ("Defendant") answers as follows:

1. Banertek admits the allegations contained in Paragraph 1 of the Counterclaims.

2. Banertek admits the allegations contained in Paragraph 2 of the Counterclaims.

3. Banertek admits that in Paragraph 3 of the Counterclaims Defendant requests a declaration under the Federal Declaratory Judgment Act that it has not infringed and is not infringing the '731 Patent, and that the claims of the '731 Patent are invalid.

4. Banertek admits the allegations contained in Paragraph 4 of the Counterclaims.

5. Banertek admits the allegations contained in Paragraph 5 of the Counterclaims.

6. Banertek admits the allegations contained in Paragraph 6 of the Counterclaims.

7. Banertek admits the allegations contained in Paragraph 7 of the Counterclaims.

8. Banertek denies the allegations contained in Paragraph 8 of the Counterclaims.

9. Banertek admits the allegations contained in Paragraph 9 of the Counterclaims.

10. Banertek admits that in Paragraph 10 of the Counterclaims, the Defendant incorporates by reference its allegations in paragraphs 1-9 of its Counterclaims.

11. Banertek admits the allegations contained in Paragraph 11 of the Counterclaims.

12. Banertek admits the allegations contained in Paragraph 12 of the Counterclaims.

13. Banertek denies the allegations contained in Paragraph 13 of the Counterclaims.

14. Banertek admits that in Paragraph 14 of the Counterclaims, the Defendant incorporates by reference its allegations in paragraphs 1-9 of its Counterclaims.

15. Banertek admits the allegations contained in Paragraph 15 of the Counterclaims.

16. Banertek admits the allegations contained in Paragraph 16 of the Counterclaims.

17. Banertek denies the allegations contained in Paragraph 17 of the Counterclaims.

**WHEREFORE**, Plaintiff Banertek prays that this Court:

A. Dismiss Defendant's Counterclaims with prejudice;

B. Deny Defendant all relief prayed for in the Counterclaims;

C. Declare that the '731 Patent and its claims are valid and enforceable;

D. Declare that the '731 Patent and its claims are infringed by the Defendant;

E. Enter a final judgment on the Counterclaims, resolving the issues in favor of Plaintiff; and

F. Direct such other and further relief as the Court may deem just and proper.

Respectfully submitted,

By: /s/Jean-Marc Zimmerman

Jean-Marc Zimmerman (ID #37451989)
Zimmerman Law Group
233 Watchung Fork
Westfield, New Jersey 07090
Tel: (908) 768-6408
Fax: (908) 935-0751
jmz@zimllp.com

Attorneys for Plaintiff Banertek LLC

Date: July 12, 2017
Westfield, New Jersey

## CERTIFICATE OF SERVICE

I hereby certify today a true and correct copy of Banertek LLC's Answer to E+H's Counterclaims was served on all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a).

July 12, 2017

/s/Jean-Marc Zimmerman
Jean-Marc Zimmerman